MARTHA F. SPERRY, Appellant, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

(Argued June 12, 1885 ; decided June 26, 1885.)

*Abel E. Blackmar* for appellant.

*Hamilton Odell* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., dissenting.
Judgment affirmed.